United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                      Case No. 08-04921 GAC

PIZARRO QUIÑONES, DAISY                    Chapter 13
                 Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☒ AMENDED PLAN DATED: 10/28/2008
☐ PRE ☒ POST-CONFIRMATION        Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 300.00 x 48 = $ 14,400.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 14,400.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 14,400.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,800.00

Additional fees: $350.00
Adjusted Balance: $3,150.00

Signed: _____
        Debtor

Joint Debtor: _____

Attorney for Debtor: Marilyn Valdes Ortega Law Offices      Phone: (787) 758-4400

AMENDED CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☒ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:
_____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) HACIENDA
D. UNSECURED CLAIMS: Plan ☒ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☒ Co-debtor Claims / ☐ Other: _____
                ☒ Paid 100% / ☐ Other: _____
Cr. BANCO POPULAR D   Cr. _____   Cr. _____
# 10100104719750101   # _____   # _____
$ 4,608.94   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

© 1993-2008 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

DAISY PIZARRO QUINONES

           **DEBTOR(S)**

CASE NUMBER: 08-04921 GAC

CHAPTER 13 ( ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

    **COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

    1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

    2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

        **a. To pay includes Treasury Department Priority debt.**

    3. Debtor (s) amend plan call for forty eight (48) payment of $300.00 for a total base of $14,400.00 dollars with a provision for the payment of co-debtor claim to Banco Popular de Puerto Rico and Priority debt to Treasury Department ( Hacienda).

    4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules. To includes Priority debt to Treasury Department (Hacienda).

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

### NOTICE

"Parties in interest are notified the have twenty (20) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 27th, day of October, 2008.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                              *
DAISY PIZARRO QUINONES              * CASE NUMBER 08-04921 GAC
                                    *
    Debtor(s)                       * CHAPTER 13 (ASSET CASE)
**********************************

NOTICE OF FILING AMENDED PLAN
TO ALL THE CREDITORS LISTED ON THE ATTACHED
MASTER ADDRESS LIST

NOTICE IS HEREBY GIVEN THAT DEBTOR (S) FILED THE
ATTACHED PLAN ON October 28th, 2008

Parties in interest are hereby granted twenty (20) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed, the Court will schedule the motion for a hearing as contested matter.

MARILYN VALDES ORTEGA
USDC PR 214711
P.O. BOX 195596
SAN JUAN, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

In San Juan, Puerto Rico, this 28th, day of October, 2008.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras Rivera, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

RESPECTFULLY SUBMITTED.

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 08-04921-GAC13<br>District of Puerto Rico<br>Old San Juan<br>Tue Oct 28 11:41:56 AST 2008 | BANCO POPULAR<br>EDGAR A VEGA ESQ<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 |
| SANTANDER FINANCIAL SERVICES D/B/A ISLAND FI<br>C/O LIGIA RIVERA BUJOSA<br>PO BOX 7011<br>PONCE, PR 00732-7011 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | American General Finance<br>PO Box 955<br>Canovanas, PR 00729-0955 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | BANCO POPULAR DE PR<br>PO BOX 71375<br>SAN JUAN, PR 00936-8475 | CENTENIAL DE PUERTO RICO<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 |
| CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076-0499 | COMMOLOCO<br>P.O. BOX 955<br>CANOVANAS, PR 00729-0955 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 |
| DEPARTAMENTO DEL TRABAJO<br>AVE. MU?OZ RIVERA 505<br>HATO REY, PR 00918-3352 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | HOME DEPOT CREDIT SERVICES<br>PROCESSING CENTER<br>DES MOINES, IA 50364-0500 |
| ISLAND FINANCE<br>130 EXP. MARTINEZ NADAL 103<br>GUAYNABO, PR 00969 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MONEY EXPRESS<br>2010 CALLE LOIZA<br>SANTURCE, PR 00911-1742 |
| MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | DAISY PIZARRO QUINONES<br>SUITE 135<br>PO BOX 1980<br>LOIZA, PR 00772-1980 |
| MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | (u)PIZARRO QUINONES, DAISY<br>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 | (d)SANTANDER FINANCIAL SERVICES D/B/A ISLAND<br>C/O LIGIA RIVERA BUJOSA<br>PO BOX 7011<br>PONCE PR 00732-7011 |

End of Label Matrix
Mailable recipients    22
Bypassed recipients     3
Total                  25